**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| VS. | § | CRIMINAL ACTION NO. H-17-219 |
| | § | |
| MARCUS BARBA ESQUIVEL | § | |

**O R D E R**

The defendant filed an unopposed motion for continuance, (Docket Entry No. 16). The court finds that the interests of justice are served by granting this continuance and that those interests outweigh the interests of the public and the defendant in a speedy trial. The motion for continuance is GRANTED. The docket control order is amended as follows:

| | |
|---|---|
| Motions are to be filed by: | September 25, 2017 |
| Responses are to be filed by: | October 9, 2017 |
| Pretrial conference is reset to**:** | **October 16, 2017 at 8:45 a.m.** |
| Jury trial and selection are reset to: | **October 23, 2017 at 9:00 a.m.** |

SIGNED on August 3, 2017, at Houston, Texas.

Lee H. Rosenthal
Chief United States District Judge